# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TUCKER GINN, | : | Civil No. 1:21-CV-0508 |
| Petitioner, | : | |
| v. | : | |
| KEVIN KAUFFMAN, *et al.*, | : | |
| Respondent. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 9th, day of April, 2021, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED without prejudice**.

2. A certificate of appealability is **DENIED**.

3. The Clerk of Court is directed to **CLOSE** this case.

s/ Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania
